UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS WAYNE FLORENCE, TDCJ #01729344, | § § § § | |
| Petitioner, VS. | § § | CIVIL ACTION NO. 3:14-CV-376 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

The petitioner, Thomas Wayne Florence (TDCJ #01729344), is a state inmate incarcerated in the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"). He was convicted of statutory rape in a Texas state court because he impregnated A.G., a sixteen-year-old girl. The Court dismissed his consolidated federal habeas petitions with prejudice (Dkt. 90). Although he appealed to the Fifth Circuit, Florence continued his practice of filing massive, largely incomprehensible documents in this case until the Court ordered the District Clerk's office not to accept any more of them (Dkt. 118).

In an effort to circumvent the Court's order, Florence addressed a filing to Judge Hughes in the Houston Division (Dkt. 120). The filing is a Rule 60(b) motion in which Florence claims that he can conclusively establish his innocence. The Court will construe the filing as an unauthorized successive habeas petition and **DISMISS** it for lack of

jurisdiction. *See Williams v. Thaler,* 602 F.3d 291, 301–03 (5th Cir. 2010). A certificate of appealability is **DENIED**.

The Clerk of this Court shall send a copy of this Order to the parties.

SIGNED at Galveston, Texas, on August 1, 2017.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE